# EXHIBIT 1

COPY OF COMPLAINT & SUMMONS-VIOLATOR'S COPY

# NON-TRAFFIC COMPLAINT AND NOTICE TO APPEAR

WAUKEGAN POLICE DEPARTMENT

| Court Case Number | Agency Report Number | DCN: |
|---|---|---|
| | 2019-50058 | L20/180 |

State of Illinois, County of Lake

City/Village of Waukegan

№ 094913

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT LAKE COUNTY, ILLINOIS

☒ People – State of Illinois ☐ City/Village of Waukegan (Municipal Corporation Plaintiff), Illinois VS.

| Name (Last, First, Middle) | | | Alias | Date of Birth |
|---|---|---|---|---|
| Martinez Oscar | | | ☐ | 6-11-20[illegible] |
| Street Address: 1015 Jackson St | | | | |
| City: Waukegan | | State: IL | | Zip Code: [illegible]85 |
| Gender: ☒ Male ☐ Female | Race: Hisp | Height: 507 | Weight: 165 | Hair: Bro / Eyes: Bro |
| Social Security Number | | Driver's License Number: M[illegible]55-0110-0228 | | State: IL |
| SID Number | FBI Number | | Phone Number | |

THE UNDERSIGNED STATES THAT ON Date 2-23-19 Time 1905

The Defendant did unlawfully commit the following offense: (Offense Title)
Obstructing A Police Officer class A

Narration: (Describe Offense)

In that the above subject obstructed the performance of an authorized act within the officer's official capacity and employment of his official duties in that the defendant did refuse to sit on the ground after being taken into custody and attempted to pull away in an attempt to [illegible] arrest and refused to give officer his name during an investigation into a possible break in to an abandoned house, 833 [illegible]

| In Violation of | Chapter | Act | Sec |
|---|---|---|---|
| ☒ ILCS ☐ Local Ordinance | 720 | 5 | 31-1(a) |

Location of Offense: 830 Adams

| Location of Court | Room |
|---|---|
| 19th Judicial Circuit Court, Waukegan, Ill. | C-401 |

| Court Date | Time | |
|---|---|---|
| 08/13/19 | 0845 AM | You Must Appear in Court on the date and time indicated. |

☐ Notice To Appear ☐ Full ☐ 10% Cash Bond Taken ☒ Personal Recognizance Bond

$1500.00

Under Penalties as provided by law for false certification pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure and Perjury, the undersigned certifies that the statements set forth in the instrument are true and correct.

| Pitton | Pitton | 774 | 2-23-19 |
|---|---|---|---|
| Signature of Complainant | Signature of Officer | Badge No. | Date |

EXIBIT 1

# EXHIBIT 2

COPY OF COMPLAINT & SUMMONS-VIOLATOR'S COPY

# NON-TRAFFIC COMPLAINT AND NOTICE TO APPEAR

WAUKEGAN POLICE DEPARTMENT

Court Case Number | Agency Report Number 2019-42254 | DCN: L330158??

State of Illinois, County of Lake

Nº 083724

City/Village of WAUKEGAN

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT LAKE COUNTY, ILLINOIS

☒ People – State of Illinois ☐ City/Village of WAUKEGAN, Illinois VS.
Municipal Corporation Plaintiff

DEFENDANT

Name (Last, First, Middle): Martinez, Oscar | Alias ☐ | Date of Birth 08/11/2002

Street Address: 909 S. Jackson St

City: Waukegan | State: IL | Zip Code: 60085

Gender ☒ Male ☐ Female | Race: Hispanic | Height: 5'7" | Weight: 165 | Hair: Bro | Eye: Bro

Social Security Number | Driver's License Number: M255-6402-0228 | State

SID Number | FBI Number | Phone Number

THE UNDERSIGNED STATES THAT ON Date 7-21-19 Time 1955

The Defendant did unlawfully commit the following offense: (Offense Title) Resisting Police Officer Class A

Narration: (Describe Offense) In that the above subject obstructed the performance of an authorized act by the officer official capacity engaged in his official duties in that the defendant refused to sit on the ground, attempted to pull away in an attempt to defeat an arrest and refused to give officers his name. During an investigation into a possible break in to an abandoned home, 822 Prescott

In Violation of ☒ ILCS ☐ Local Ordinance | Chapter 720 | Act 5 | Sec 31-1(a)

Location of Offense: 830 Adams

COURT

Location of Court: ☐ 301 S. GREENLEAF ST., PARK CITY, RM. A ☐ 18 N. COUNTY, WAUKEGAN, RM. ☐ [illegible] | Room C-401

Court Date: 08/13/19 | Time: 0830 ☒ AM ☐ PM | ☒ You Must Appear in Court on the date and time indicated.

BOND

☐ Notice To Appear | ☐ Full ☐ 10% Cash Bond Taken | ☒ Personal Recognizance Bond

$ 1500.00

Notice: The Court may issue a warrant for the arrest of any Defendant who has failed to appear and answer an arrest ticket duly served upon him and upon which a complaint has been filed.

Under Penalties as provided by law for false certification pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure and Perjury, the undersigned certifies that the statements set forth in the instrument are true and correct.

P. Tor | Lyons | 772 | 7-21-19

Signature of Complainant | Signature of Officer | Badge No. | Date

EXHIBIT 2

# EXHIBIT 3

STATE OF ILLINOIS )
)SS
COUNTY OF LAKE )

FILED
JAN 13 2020
Erin Cartwright Weinstein
CIRCUIT CLERK

IN THE CIRCUIT COURT OF THE NINETEENTH
JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
vs. )
Oscar Martinez ) General No. 19 CM 2016

**ORDER**

**ON MOTION OF THE STATE'S ATTORNEY**, Attorney for the People of the State of Illinois; leave given the State's Attorney to Nolle Prosequi the above entitled cause;

Cause Nolle Prossed, defendant discharged;

Surety on the bond released.

Dated at Waukegan, Illinois, this 13 day of January, A.D., 20 20

ENTERED: ______________________
Judge

- ☐ Pursuant to a hearing held in this matter, a Public Defender Fee in the amount of $_______ is hereby ordered.
- ☐ Pursuant to a hearing held in this matter, it has been determined that no Public Defender Fee shall be assessed.

171-335 Rev 2/06

NA

EXHIBIT 3